UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  23-24753-CIV-ALTONAGA/Reid

**VICTOR ARIZA**,

    Plaintiff,

vs.

**P24, LLC, d/b/a PIOLA BRICKELL,
a Florida limited liability company**,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

Plaintiff, through undersigned counsel, hereby gives notice that the parties have reached a settlement in this case and will be executing the necessary paperwork resolving all claims. Accordingly, Plaintiff respectfully requests that the Court provide the parties thirty (30) days from the date of filing this Notice to allow the parties to finalize their settlement agreement and to submit the dismissal documents dismissing this case with prejudice.

    Dated:  February 15, 2024.

| | |
|---|---|
| **RODERICK V. HANNAH, ESQ., P.A.**<br>Counsel for Plaintiff<br>4800 North Hiatus Road<br>Sunrise, FL  33351-7919<br>T. 954/362-3800<br>954/362-3779 (Facsimile)<br>Email:  rhannah@rhannahlaw.com | **LAW OFFICE OF PELAYO DURAN, P.A.**<br>Co-Counsel for Plaintiff<br>4640 N.W. 7th Street<br>Miami, FL 33126-2309<br>T. 305/266-9780<br>305/269-8311 (Facsimile)<br>Email duranandassociates@gmail.com |
| By____*s/ Roderick V. Hannah*_____<br>    RODERICK V. HANNAH<br>    Fla. Bar No. 435384 | By ____*s/ Pelayo M. Duran*_____<br>    PELAYO M. DURAN<br>    Fla. Bar No. 0146595 |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 15th day of February, 2024, a true and correct of the foregoing was electronically filed and served via e-mail and transmission of Notice of Electronic Filing generated by CM/ECF on all counsel or parties of record on the Service List:

Tony Pornprinya Esq.
1555 NE 123rd Street
North Miami, FL  33161
(305) 893-8989
tony@miamidadelaw.net

*Attorneys for Defendant*
*P24 LLC d/b/a PIOLA BRICKELL*

                                              */s/ Roderick V. Hannah*
                                                  Roderick V. Hannah