UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  23-24753-CIV-ALTONAGA/Reid

**VICTOR ARIZA**,

      Plaintiff,

vs.

**P24, LLC, d/b/a PIOLA BRICKELL,
a Florida limited liability company**,

      Defendant.
_____/

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff VICTOR ARIZA, through undersigned counsel, and Defendant P24, LLC d/b/a PIOLA BRICKELL, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby voluntarily dismiss all claims in this action *with prejudice*, with each party to bear his/its own attorney's fees and costs.

Dated:  March 20, 2024.

Respectfully submitted,

| | |
|---|---|
| **RODERICK V. HANNAH, ESQ., P.A.**<br>Counsel for Plaintiff<br>4800 N. Hiatus Road<br>Sunrise, FL 33351<br>T. 954/362-3800<br>Email:  rhannah@rhannahlaw.com | **LAW OFFICE OF PELAYO DURAN, P.A.**<br>Co-Counsel for Plaintiff<br>4640 N.W. 7th Street<br>Miami, FL 33126-2309<br>305/266-97780<br>Email: pduran@pelayoduran.com |
| By____*s/ Roderick V. Hannah*_____<br>    RODERICK V. HANNAH<br>    Fla. Bar No. 435384 | By ___*s/ Pelayo M. Duran*_____<br>    PELAYO M. DURAN<br>    Fla. Bar No. 0146595 |

**TONY PORNPRINYA, ESQ.**
Counsel for Defendant
1555 NE 123rd Street
North Miami, FL  33161
(305) 893-8989
tony@miamidadelaw.net

By:  /s *Tony Pornprinya*
     TONY PORNPRINYA
     Florida Bar No. 0027960